**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Silvio REYES, Defendant–Appellant.**

**No. 09–13520
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 1, 2011.

Before EDMONDSON, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Rene Palomino, Jr., appointed counsel for Silvio Reyes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Reyes's convictions and sentences are **AFFIRMED.**